UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OCEY HOLLAND, NANCY TALAVERA, KEVIN BEARD, AMINTA ALLLEN, TALMADGE MEADE, CHAUDHRY ASHRAF and CHARLES JONES,

    Plaintiffs,

v.                                      Case No:  2:14-cv-200-FtM-38DNF

SETERUS, INC.,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Receiver's Second Report Concerning the Hoffman Law Group and Request to Continue Stay of Proceedings (Doc. #17) filed on September 30, 2014.  Based on the Receiver's Report, it appears that the attorney for Plaintiffs in this case, Marc. H. Hoffman of the Hoffman Law Group, P.A., will not be able to proceed with the representation of Plaintiffs.

Accordingly, it is now

**ORDERED:**

1. This case remains **STAYED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2. This case will be dismissed, without prejudice, for failure to prosecute without further notice unless Plaintiffs obtain new counsel to represent them or declare their intention to proceed *pro se* by **October 30, 2014**.

3. The Clerk is directed to mail this Order by U.S. Mail to Plaintiffs at the following addresses:

Ocey Holland
5851 Quantrell Avenue, Unit 502
Alexandria, Virginia 22312

Kevin Beard
1644 Frontier Drive
Normal, Illinois 61761

Talmadge Meade
7844 W. Lynchburg Salem Turnpike
Thaxton, Virginia 24174

Charles Jones
N3525 Trieloff Road, Lot 332
Fort Atkinson, Wisconsin 53538

Nancy Talavera
12206 Citrus Leaf Drive
Gibsonton, Florida 33534

Aminta Allen
285 East 43rd Street
Brooklyn, New York 11203

Chaudhry Ashraf
4712 David Drive
Kenner, Louisiana 70065

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of October, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record