UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OCEY HOLLAND and AMINTA ALLEN,

    Plaintiffs,

v.                                              Case No: 2:14-cv-200-FtM-38DNF

SETERUS, INC.,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Aminta Allen's Notice of Voluntary Dismissal (Doc. #22) filed on December 5, 2014. In her Notice, Ms. Allen indicates that she voluntarily dismisses her claim against Defendant. (Doc. #22). But this Notice is moot as the Court already dismissed every Plaintiff, except Plaintiff Ocey Holland, from this action for failure to comply with the Court's October 6, 2014 Order (Doc. #18). (Doc. #21).[2] Therefore, there is no action for the Court to take with regard to Ms. Allen's Notice as she has already been dismissed from this action.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

[2] It appears that the dismissed parties were not mailed a copy of the Court's November 21, 2014 Order (Doc. #21). Therefore, in an abundance of caution, the Court will redirect the Clerk to ensure copies of the Court's November 21, 2014 Order are mailed to those parties.

1. Plaintiff Aminta Allen's Notice of Voluntary Dismissal ([Doc. #22](Doc. #22)) is **MOOT**.

2. The Clerk is directed to mail copies of the Court's November 21, 2014 Order ([Doc. #21](Doc. #21)) to the following individuals:

    Kevin Beard
    1644 Frontier Drive
    Normal, Illinois 61761

    Talmadge Meade
    7844 W. Lynchburg Salem Turnpike
    Thaxton, Virginia 24174

    Charles Jones
    N3525 Trieloff Road, Lot 332
    Fort Atkinson, Wisconsin 53538

    Nancy Talavera
    12206 Citrus Leaf Drive
    Gibsonton, Florida 33534

    Aminta Allen
    285 East 43rd Street
    Brooklyn, New York 11203

    Chaudhry Ashraf
    4712 David Drive
    Kenner, Louisiana 70065

3. The Clerk is directed to mail a copy of this Order to:

    Aminta Allen
    285 East 43rd Street
    Brooklyn, New York 11203

**DONE** and **ORDERED** in Fort Myers, Florida, this 9th day of December, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record