UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OCEY HOLLAND,

    Plaintiff,

v.                                      Case No:  2:14-cv-200-FtM-38DNF

SETERUS, INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on review of the docket. The Court directed Plaintiff Ocey Holland, *pro se*, to show cause in writing no later than February 18, 2015, as to why this case should not be dismissed for failure to prosecute. The Court warned failure to show good cause by the deadline would result in this matter being dismissed without further notice. Holland has failed to comply with the Court's deadline. As a result, this action will be dismiss without prejudice.

Accordingly, it is now

**ORDERED:**

This matter is dismissed without prejudice. The Clerk is directed to terminate any pending motions, enter judgment, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of February, 2015.

                                                            SHERI POLSTER CHAPPELL
                                                            UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record